**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose SANTOS DE LEON–ROCHA, Defendant–Appellant.**

No. 04–40221.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

Paula Camille Offenhauser, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, Plaintiff–Appellee.

Reynaldo Santos Cantu, Jr., Roland E. Dahlin, II, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Jose Santos De Leon–Rocha appeals from his guilty-plea conviction for possession with intent to distribute in excess of 50 kilograms of marijuana. De Leon contends for the first time on appeal that 21 U.S.C. § 841(a) and (b) are facially unconstitutional in view of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). He acknowledges that his argument is foreclosed by *United States v. Slaughter,* 238 F.3d 580 (5th Cir. 2000), but he seeks to preserve his argument for further review.

In *Apprendi,* 530 U.S. at 490, 120 S.Ct. 2348, the Supreme Court held that "[o]ther than the fact of a prior conviction, any fact that increases the penalty for a crime beyond the prescribed statutory maximum must be submitted to a jury, and proved beyond a reasonable doubt." This court has rejected the argument that *Apprendi* rendered the sentencing provisions of 21 U.S.C. § 841 facially unconstitutional. *See*

*Slaughter,* 238 F.3d at 582. As De Leon concedes, the court's opinion in *Slaughter* forecloses his argument. *See id.*

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under